*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, BAKER, and DALY
Appellate Military Judges

―――――――――――――

**UNITED STATES**
*Appellee*

**v.**

**Janarrie R. SMITH**
Seaman Recruit (E-2), U.S. Navy
*Appellant*

**No. 202300136**

―――――――――――――

Decided: 26 January 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Hayes C. Larsen

Sentence adjudged 1 March 2023 by a general court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 18 months and a dishonorable discharge.[1]

For Appellant:
*Lieutenant Christopher B. Dempsey, JAGC, USN*

―――――――――――――

[1] Appellant was credited with having served 190 days of confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not sufficiently summarize Specification 3 of Charge I. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| UNITED STATES | NMCCA NO. 202300136 |
|---|---|
| v. | ENTRY OF JUDGMENT |
| **Janarrie R. SMITH** Seaman Recruit (E-2) U.S. Navy | |
| *Accused* | *As Modified on Appeal* 26 January 2024 |

On 1 March 2023, the Accused was tried at Naval Station Norfolk, Virginia, by a general court-martial, consisting of a military judge sitting alone. Military Judge Hayes C. Larsen presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 1:** **Sexual assault – without consent on or about 22 April 2022.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 2:** **Sexual assault – without consent on or about 22 April 2022.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and dismissed in accordance with the plea agreement.

**Specification 3:** **Sexual assault – without consent on or about 17 August 2022.**

*Plea:* Not Guilty.

*Finding:* Not Guilty.

**Charge II:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification:** **Aggravated assault with a dangerous weapon on or about 17 January 2022.**

*Plea:* Guilty.

*Finding:* Guilty.

## SENTENCE

On 1 March 2023, a military judge sentenced the Accused to the following:

**Confinement for a total of 18 months.**

**A dishonorable discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court